State, Respondent, v. Watkins, Petitioner, No. 92132-6. Motion for discretionary review of a decision of the Court of Appeals, No. 46124-2-II, July 28, 2015. *Denied* February 11, 2016.

*State, Respondent, v. Cooley, Petitioner*, No. 92057-5. Petition for review of a decision of the Court of Appeals, No. 45933-7-II, July 21, 2015, 188 Wn. App. 1062. *Granted on a specific issue* and *remanded* to the trial court February 19, 2016.

*State, Respondent, v. Scantling, Petitioner*, No. 92062-1. Petition for review of a decision of the Court of Appeals, No. 31940-7-III, July 7, 2015, 188 Wn. App. 1044. *Granted on a specific issue* and *remanded* to the trial court February 19, 2016.

*State, Respondent, v. Lyle, Petitioner*, No. 92079-6. Petition for review of a decision of the Court of Appeals, No. 46101-3-II, July 10, 2015, 188 Wn. App. 848. *Granted on a specific issue* and *remanded* to the trial court February 19, 2016.

*In re Adoption of T.A.W. R.B. et al., Petitioners, v. C.W., Respondent*, No. 92127-0. Motion for discretionary review of a decision of the Court of Appeals, No. 47364-0-II, July 7, 2015, 188 Wn. App. 799. *Granted* January 14, 2016.